People v Cooley, No. 137878; Court of Appeals No. 278574.

HATHAWAY, J. (*not participating*). I recuse myself and will not participate in this case because I was the presiding trial judge. See MCR 2.003(B).